UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: Criminal No. 4:21-CR-234
v. : MWB
:
ABDULRAHMAN EL BAHNASAWY, :
Defendant. :

# INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
WILLIAMSPORT
PER _____ AUG 12 2021
DEPUTY CLERK

## COUNT 1
**Assaulting a Federal Officer**
18 U.S.C. § 111(a)(1)

On or about December 7, 2020, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, the defendant,

**ABDULRAHMAN EL BAHNASAWY,**

did knowingly, intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with correctional officer D.F., an officer and employee of the United States, while engaged in the performance of official duties during his term of service, and in the commission of those

1

acts did use a deadly and dangerous weapon, a 14.5-inch metal weapon, wrapped with a cloth handle and lanyard, and sharpened to a point, and did inflict bodily injury upon D.F.

All in violation of Title 18, United States Code, Section 111(a)(1) and (b).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### Assaulting a Federal Officer
### 18 U.S.C. § 111(a)(1)

On or about December 7, 2020, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, the defendant,

**ABDULRAHMAN EL BAHNASAWY,**

did knowingly, intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with correctional officer S.H., an officer and employee of the United States, while engaged in the performance of official duties during her term of service, and in the commission of those

2

acts did use a deadly and dangerous weapon, a 14.5-inch metal weapon, wrapped with a cloth handle and lanyard, and sharpened to a point, and did inflict bodily injury upon S.H.

All in violation of Title 18, United States Code, Section 111(a)(1) and (b).

**THE GRAND JURY CHARGES:**

### COUNT 3
### Assault with Intent to Commit Murder
### 18 U.S.C. § 113(a)(1)

On or about December 7, 2020, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

**ABDULRAHMAN EL BAHNASAWY,**

did assault correctional officer D.F., with intent to commit murder by stabbing, and attempting to stab, D.F. in the eye, head, neck, and face with a 14.5-inch metal weapon, wrapped with a cloth handle and

3

lanyard, and sharpened to a point.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 4
Assault with Intent
to Commit Murder
18 U.S.C. § 113(a)(1)

On or about December 7, 2020, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

**ABDULRAHMAN EL BAHNASAWY,**

did assault correctional officer S.H., with intent to commit murder by stabbing, and attempting to stab, the victim with a 14.5-inch metal weapon, wrapped with a cloth handle and lanyard, and sharpened to a point.

4

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 5
### Assault with a Dangerous Weapon
### 18 U.S.C. § 113(a)(3)

On or about December 7, 2020, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

**ABDULRAHMAN EL BAHNASAWY,**

did assault correctional officer D.F., with a dangerous weapon, and with intent to do bodily harm, by stabbing, and attempting to stab, the victim in the eye, head, neck, and face with a 14.5-inch metal weapon, wrapped with a cloth handle and lanyard, and sharpened to a point.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

5

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### Assault with a Dangerous Weapon
### 18 U.S.C. § 113(a)(3)

On or about December 7, 2020, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

**ABDULRAHMAN EL BAHNASAWY,**

did assault correctional officer S.H., with a dangerous weapon, and with intent to do bodily harm, by stabbing, and attempting to stab, the victim with a 14.5-inch metal weapon, wrapped with a cloth handle and lanyard, and sharpened to a point.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### Possession of a Prohibited Object

(18 U.S.C. § 1791)

On or about December 7, 2020, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, the defendant,

### ABDULRAHMAN EL BAHNASAWY,

an inmate, at the United States Penitentiary Allenwood, did unlawfully and willfully obtain and possess a prohibited object, to wit: a 14.5-inch metal weapon, wrapped with a cloth handle and lanyard, and sharpened to a point.

All in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(B).

### COUNT 8
### Possession of a
### Prohibited Object
### 18 U.S.C. §1791

On or about December 7, 2020, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, the defendant,

### ABDULRAHMAN EL BAHNASAWY,

7

an inmate, at the United States Penitentiary Allenwood, did unlawfully and willfully obtain and possess a prohibited object, to wit: a 5.25-inch emptied Bic pen with a small blade at the tip.

All in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 9
### Provision of Material Support and Resources to a Designated Foreign Terrorist Organization
### (18 U.S.C. § 2339B(a)(1))

On or about December 7, 2020, in the Middle District of Pennsylvania, at the United States Penitentiary Allenwood, the defendant,

**ABDULRAHMAN EL BAHNASAWY,**

did knowingly and intentionally provide, and attempt to provide, "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including services to a foreign

terrorist organization, namely, the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the United States Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act ("INA"), and is currently designated as such as of the date of this Indictment, knowing that ISIS was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g) (6)), ISIS engages and has engaged in terrorist activity (as defined in Section 212(a) (3) (B) of the INA), and that ISIS engages and has engaged in terrorism (as defined in section 140(d) (2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), and (i) the offense occurred in whole or in part within the United States, and (ii) the offense occurred in and affected interstate and foreign commerce, in support of ISIS.

All in violation of Title 18, United States Code, Section 2339B(a)(1); (d)(l)(D) and (E).

A TRUE BILL

███████████████

Grand Jury Foreperson

BRUCE D. BRANDLER
Acting United States Attorney

By: _____
GEORGE J. ROCKTASHEL
Assistant United States Attorney

Date: August 11, 2021