# *CURRICULUM VITAE*

## KENNETH J. WEISS, M.D.

**Clinical Professor of Psychiatry, University of Pennsylvania**
**Distinguished Life Fellow, American Psychiatric Association**
**Fellow, College of Physicians of Philadelphia**

***Version***: July 3, 2022
***Office Locations:***

| | |
|---|---|
| **University** | 3535 Market St., Room 4039, Philadelphia, PA 19104<br>Tel. 215.746.3068, Fax. 215.573.5884, kenweiss@upenn.edu |
| **Practice** | 2 Bala Plaza, Suite 300, 333 E. City Ave., Bala Cynwyd, PA 19004<br>Tel. 610.660.7728, Fax. 484.278.4596, Mobile. 610.909.8376, kweiss@comcast.net |


***Current Position and Appointments*:**

Clinical Professor of Psychiatry (since 2013, Sadoff Professor 2017–2021) and Associate Training Director, Forensic Psychiatry Fellowship (2008–2022), Perelman School of Medicine, University of Pennsylvania, Philadelphia, PA
Private practice of forensic psychiatry, Bala Cynwyd, PA (since 2005)

***Academic Appointments*:**

2010–2013:
Clinical Associate Professor of Psychiatry, Perelman School of Medicine, University of Pennsylvania,

2008–2010:
Clinical Associate in Psychiatry, University of Pennsylvania

1983–2010:
University of Medicine & Dentistry of New Jersey, Robert Wood Johnson Medical School at Camden
Adjunct Clinical Professor of Psychiatry

1979–1983:
Thomas Jefferson University, Philadelphia, PA
Attained rank of Associate Professor of Psychiatry

1987–1999
Temple College of Podiatric Medicine, Philadelphia, PA (psychiatry course)
Clinical Professor, Dept. of Podiatric Medicine

***Professional Experience*:**

| | |
|---|---|
| 1984 –1993 | Associate Director and Director, Psychiatric Residency Training; Head, Division of Ambulatory Care; and Head, Division of Forensic Psychiatry, Department of Psychiatry, Cooper Hospital/University Medical Center, Camden, NJ |
| 1981 –1983 | Director, Adult Partial Hospitalization Programs and Biological Psychiatry Section, Department of Psychiatry and Human Behavior, Thomas Jefferson University, Philadelphia, PA |
| 1979 –1981 | Staff Psychiatrist, Jefferson Partial Hospitalization Program |

Staff Psychiatrist, Veterans Administration Outpatient Center, Philadelphia

1977 –1979 Unit Medical Director, Danvers State Hospital, Danvers, MA
Staff Psychiatrist, North Essex Mental Health Center, Newburyport, MA

***Board Certification*:** American Board of Psychiatry and Neurology, in Psychiatry, November 1978
American Board of Forensic Psychiatry, Inc., October 1988

***Licensure*:** New Jersey (MA-43497) and Pennsylvania (MD-022359-E)

***Education*:**

1982–1983 Fellow (nonaccredited), Program in Social and Legal Psychiatry, University of Pennsylvania Department of Psychiatry, Robert L. Sadoff, M.D., Director

1974–1977 Psychiatric Resident, Massachusetts Mental Health Center and Clinical Fellow in Psychiatry, Harvard Medical School, Boston, MA

1973–1974 Intern, University of Pennsylvania at the Philadelphia General Hospital, Philadelphia, PA

1969–1973 Hahnemann Medical College, Philadelphia, PA. M.D. degree

1965–1969 University of Pittsburgh, Pittsburgh, PA. B.S. degree, Magna Cum Laude, Phi Beta Kappa

***Memberships*:**

American Psychiatric Association, Distinguished Life Fellow
American College of Psychiatrists (1988 to 2005)
American Academy of Psychiatry and the Law (1986 to present)
College of Physicians of Philadelphia, Fellow (elected 2005)
Group for the Advancement of Psychiatry (2008 to present), Senior Fellow; Chair, History & Psychiatry Committee, 2015–16
Historical Society of Pennsylvania (current)
American Association for the History of Medicine (current)
Pennsylvania Medical Society (current)

***Other Professional Activities and Honors*:**

Assistant examiner in psychiatry, American Board of Psychiatry and Neurology, November 1979, November 1983, and November 1986.
World Congress of Biological Psychiatry, Sept. 8–13, 1985; Chair, Publications Committee; Member, Organizing and Program Committees.
Reviewer, *Hospital & Community Psychiatry*, *Psychiatric Services*, occasional
Drug and Alcohol Committee Member, Medical Society of New Jersey, 1985-1989.
Psychopharmacology and Psychiatry & Law Committees, New Jersey Psychiatric Association, 1990-93.
President, South Jersey Psychiatric Association (APA Chapter), 1990–1992.
Guest Faculty, National Institute for Trial Advocacy, Philadelphia, PA, 1985-1989.
Consultant, APA's Task Force on Psychiatric Therapies, 1989.
Officer, Delaware Valley Chapter, American Academy of Psychiatry and the Law, 1989 to 2013.
Chair, Task Force on Mental Retardation, American Academy of Psychiatry and the Law, 1990-1999.
Member and Vice Chair, Board of Trustees, South Jersey Behavioral Health Resources, Inc. (formerly CAMcare Community Mental Health Center), Camden, NJ, 1988–1997. Consultant, 1998 to 2000; Acting Medical Director, South Jersey Behavioral Health Resources, Camden, NJ
Consultant in geropsychiatry, psychopharmacology, forensic issues, Ancora Psychiatric Hospital, current.
Consultant, Vineland Developmental Center, 1987–1989.
Consultant, New Jersey Department of the Public Advocate, Divisions of Mental Health Advocacy and

Advocacy for the Developmentally Disabled.
Consultant, Forensic Psychiatric Hospital, Trenton, NJ
Assistant, Temple Law School, 1992; Rutgers Law School, 1994-5, Widener Law School, 1994-2001
Consultant, North Princeton Developmental Center, 1996 to 1998.
Faculty, "Litigation Training: Investigating and Proving Mental Retardation," Federal Defender Organization and Habeas Assistance and Training Counsel, Philadelphia, May 1–2, 2003.
Distinguished Speaker's program, NJ Office of the Public Defender, March 3, 2005; November 28, 2012
Volunteer Faculty Award, Robert Wood Johnson Medical School at Camden, 2005
Editorial Board, *Journal of Psychiatry and Law*, 2007-2012
Executive Committee, Sections on Medical History and Medicine, Ethics and Law, College of Physicians of Philadelphia, beginning 2007; Chair, Section on Medical History (current)
Special lecture: "Insanity" in 19th Century America: Isaac Ray and the Birth of Forensic Psychiatry, Presented at the Robert L. Sadoff Library of Legal Medicine and Forensic Psychiatry annual lecture at the College of Physicians of Philadelphia, April 19, 2007
American Psychiatric Association's Irma Bland Award for excellence in teaching residents, 2009
Best Teacher in a Forensic Fellowship Award from AAPL, 2011
Officer, Philadelphia Psychiatric Society, June 2012 to June 2017 (president 2016-17)
Vice President, American Academy of Psychiatry and the Law, October 2012 to October 2013
Member, Philadelphia Hoarding Taskforce, 2014 to present
Editorial board, *Journal of the American Academy of Psychiatry and the Law*, beginning October 2015
Awarded the Golden Apple at the 2015 annual meeting of AAPL
Clinical Faculty Award, University of Pennsylvania, 2017
Presidential Award, Pennsylvania Psychiatric Society, 2018
Golden Quill Award, Western Pennsylvania Press Club, Health/Science Magazine Division for "The Deluge and the Doctress: A Psychiatrist Responds to the 1889 Johnstown Flood," 2018.
Peer reviewer, *Behavioral Sciences & the Law*.

***Publications***:

**Scientific Articles**

1. Weiss, K.J.: Wolman, T.: Drug therapy: From compliance to cooperation. *Pennsylvania Medicine* 83:24-26, 1980.
2. Weiss, K.J.: Ciraulo, D.A., Shader, R.I.: Physostigmine test in the rabbit syndrome and tardive dyskinesia. *American Journal of Psychiatry*, 137:627-628, 1980.
3. Schwartz, H.J., Weiss, K.J., Wolman, T.: Depression: Adults' most common psychiatric problem. *Pennsylvania Medicine* 83:20-24, 1980.
4. Vogel, W.H., Gentile, N.T., Berrettini, W.H., Weiss, K.J., Benfield, T.C.: Effects of oxygen, pH, and toluene on the activity of platelet MAO obtained from healthy and chronic schizophrenic individuals. *Psychopharmacology Bulletin* 17:28-31, 1981.
5. Weiss, K.J., Schwartz, H.J., Berrettini, W.H.: Phenelzine treatment of depression with chronic diarrhea. *Journal of Clinical Psychiatry* 43:250-251, 1982.
6. Hatti, S., Dubin, W.R., Weiss, K.J.: A study of circumstances surrounding patient assaults on psychiatrists. *Hospital & Community Psychiatry* 33:660-661, 1982.
7. Weiss, K.J., Dubin, W.R.: Partial hospitalization: State of the art. *Hospital & Community Psychiatry* 33:923-928, 1982.
8. Dubin, W.R., Weiss, K.J., Zeccardi, J.: Organic brain syndrome: The psychiatric imposter. *Journal of the American Medical Association* 249:60-62, 1983.
9. Waxman, H.M., Dubin, W.R., Klein, M., Weiss, K.J., Carner, E.A.: Geriatric psychiatry in the emergency department II: Evaluation and treatment of geriatric and non-geriatric admissions. *Journal of the American Geriatrics Society* 32:342-349, 1984.
10. Dubin, W.R., Weiss, K.J.: Diagnosis of organic brain syndrome: An emergency department dilemma. *The Journal of Emergency Medicine* 1:393-397, 1984.
11. Weiss, K.J., Rosenberg, D.J.: Prevalence of anxiety disorder among alcoholics. *Journal of Clinical Psychiatry* 46:3-5, 1985.
12. Weiss, K.J., Panic Disorder: Fear disguised as medical illness. *New Jersey Medicine* 82:141-142, 1985.

13. Weiss, K.J., Greenfield, D.P.: Prescription drug abuse. *Psychiatric Clinics of North America*, volume on Substance Abuse, S. Mirin, ed., 9:475-490, 1986.
14. Dubin, W.R., Waxman, H.M., Weiss, K.J. et al: Rapid tranquilization: The efficacy of oral concentrate. *Journal of Clinical Psychiatry* 46:475-78, 1985.
15. Dubin, W.R., Weiss, K.J.: Rapid tranquilization: A comparison of thiothixene with loxapine. *Journal of Clinical Psychiatry* 47:294-97, 1986.
16. Dubin, W.R., Weiss, K.J., Dorn, J.M.: Pharmacotherapy of psychiatric emergencies. *Journal of Clinical Psychopharmacology* 6:210-222, 1986.
17. Weiss, K.J.: Psychiatric disorder presenting as neurological illness. *New Jersey Medicine* 83:315-318, 1986.
18. Weiss, K.J., Valdiserri, E.V., Dubin, W.R.: Understanding depression in schizophrenia. *Hospital & Community Psychiatry* 40:849-51, 1989.
19. Weiss, K.J.: Treating anxiety in primary care. *New Jersey Medicine* 86:791-793, 1989.
20. Weiss, K.J.: Prescribing under OBRA: myth and reality. *New Jersey Medicine* 88:117-118, 1991.
21. Dixon, C., Shiener, G.A., Weiss, K.J.: When a patient suddenly becomes agitated. *Patient Care* 15:44-68, 1991.
22. Weiss, K.J.: Bogacki, D.F., Buckman, W.H.: Confessions of the mentally ill: The expert's role. *Trial Lawyer*, Jan. 1992.
23. Weiss, K.J.: Psychiatric diagnosis: What do we mean by that? *National Trial Lawyer*, 5:77-81, 1993.
24. Weiss, K.J.: The management of anxiety and depression syndromes in the elderly. *J Clin Psychiatry*, 55[2, suppl]:5-12, 1994.
25. Weiss, K.J.: Confronting anxiety and depression in primary care. *New Jersey Medicine*, 91:157-8, 1994.
26. Weiss, K.J.: Managing anxiety and depression in the older patient. *Clinical Geriatrics* 3:31-41, 1995.
27. Weiss, K.J.: Optimal management of anxiety in the older patient. *Drugs & Aging* 9:191-201, 1996.
28. Udell, E.T., Weiss, K.J.: Anxiety, depression, and diseases of the lower extremity. *Clin Pod Med Surg*, 15:619-628.
29. Weiss, K.J.: Psychiatric testimony and the "reasonable person" standard. *J Amer Acad Psychiatry Law*, 27:580-589, 1999.
30. Weiss, K.J.: Waiving death-row appeals: whose right is it anyway? *J Am Acad Psychiatry Law*, 27:471-481, 1999.
31. Weiss, K.J.: Education, Special Needs and Medical Exclusions: A Good IDEA? *J Am Acad Psychiatry Law,* 28:102-6, 2000.
32. Hammer, J.H., Holloway, J., DePrato, D.K., Weiss, K.J.: Transitioning: Individuals with Mental Retardation and Developmental Disability. *The Other Sister*. *J Am Acad Psychiatry Law* 28:202-5, 2000.
33. Thase, M.E., Nierenberg, A.A., Keller, M.B., Panagides, J. for the Relapse Prevention Study Group (including Weiss, K.J.): Efficacy of mirtazapine for prevention of depressive relapse: a placebo-controlled double-blind trial of recently remitted high-risk patients. *J Clin Psychiatry* 62:782-788, 2001.
34. Weiss, K.J.: A duty to the parents of an allegedly abused child? *Althaus v. Cohen*. *J Am Acad Psychiatry Law*, 29:238-240, 2001.
35. Schatzberg, A.F., et al. (including Weiss, K.J. as part of the Mirtazapine vs. Paroxetine Study Group): Double-blind, randomized comparison of mirtazapine and paroxetine in elderly depressed patients. *Am J Geriatr Psychiatry* 10:541-550, 2002.
36. Feiger, A.D., Heiser, J.F., Shrivastava, R.K. Weiss, K.J. et al.: Gepirone extended-release (ER): New evidence for efficacy in the treatment of major depressive disorder. *J Clin Psychiatry* 64:243-249, 2003.
37. Weiss, K.J.: Confessions and expert testimony. *J Am Acad Psychiatry Law*, 31:451-8, 2003.
38. Weiss, K.J., Haskins, B., Hauser, M.: Commentary: *Atkins* and Clinical Practice. (Response to APA's Resource Document on mental retardation and capital sentencing.) *J Am Acad Psychiatry Law*, 32:309-13, 2004.
39. Weiss, K.J.: "Wet" and wild: PCP and criminal responsibility. *J Psychiatry Law*, 32:361-84, 2004.
40. Quintieri, P., Weiss, K.J.: Admissibility of false-confession testimony: know thy standard. *J Am Acad Psychiatry Law*, 33:535-8, 2005.
41. Bogacki, D.F., Weiss, K.J., Vail, J.A. and Armstrong, D.J.: Assessing high-risk behavior in the developmentally disabled: measurement and forensic implications. *J Psychiatry Law*, 32:207-226, 2005.

42. Weiss, K.J., Farrell, J.M.: PTSD in railroad drivers under the Federal Employers' Liability Act. *J Am Acad Psychiatry Law*, 34:191-9, 2006.
43. Bogacki, D.F., Armstrong, D.J. and Weiss, K.J.: Reducing school violence: the Corporal Punishment Scale and its relationship to authoritarianism and pupil-control ideology. *J Psychiatry Law*, 33:367-86, 2005.
44. Bogacki, D.F., Armstrong, D.J. and Weiss, K.J.: The Social Sexual Awareness Scale (SSAS): administration, scoring criteria, and sample answers *Amer J Forensic Psychology*, 24:41-52, 2006
45. Weiss, K.J.: Isaac Ray's affair with phrenology. *J Psychiatry Law*, 34:455-94, 2006.
46. Weiss, K.J.: Isaac Ray's bibliography: some addenda and Ray's evidence-based thinking, *J Am Acad Psychiatry Law*, 35:109-111, 2007.
47. Bogacki, D.F., Weiss, K.J.: Termination of parental rights: focus on defendants. *J Psychiatry Law*, 35:25-45, 2007.
48. Weiss, K.J.: Isaac Ray at 200: phrenology and expert testimony. *J Am Acad Psychiatry Law*, 35: 339-345, 2007.
49. Weiss, K.J., Bogacki, D.F.: Termination of parental rights and mental health testimony. *Am J Forensic Psychiatry*, 28:5-19, 2007.
50. Weiss, K.J.: Isaac Ray's advice to medical witnesses: still relevant? *Am J Forensic Psychiatry*, 28:35-49, 2007.
51. Siegert, M., Weiss, K.J.: Who is an expert? Competency evaluations in mental retardation and borderline intellect. *J Am Acad Psychiatry Law*, 35: 346-349, 2007.
52. Weiss, K.J., Watson, C.: NGRI and Megan's Law: no exit? *J Am Acad Psychiatry Law*, 36:117-22, 2008.
53. Bielski, R.J., Cunningham, L., Horrigan, J.P., Londborg, P.D., Smith, W.T., Weiss, K.J.: Gepirone extended-release in the treatment of adult outpatients with major depressive disorder: a double-blind, randomized, placebo-controlled, parallel-group study. *J Clin Psychiatry*, 69:571-7, 2008.
54. Weiss, K.J.: Epilepsy and homicide: Isaac Ray on mitigation. *J Psychiatry Law*, 36:171-209, 2008.
55. Weiss, K.J. , Watson, C.: Aftermath of *Atkins*: A perspective on managing the death penalty and mental retardation cases. *Am J Forensic Psychiatry*, 30:17-29, 2009.
56. Ogundipe, K.A., Weiss, K.J.: Drunk driving, implied consent and self-incrimination. *J Am Acad Psychiatry Law*, 37:386-91, 2009.
57. Weiss, K.J., Cooper-Lehki, C.: *The Reader* and the dynamics of shame. *J Am Acad Psychiatry Law,* 37:427-30, 2009.
58. Watson, C., Weiss, K.J., Pouncey, C.: False confessions, expert testimony and admissibility. *J Am Acad Psychiatry Law,* 38:174-86, 2010.
59. Angelini, R., Gallo, G., Weiss, K.J.: "Shy bladder" syndrome: forensic implications. *Am J Forensic Psychiatry*, 30:5-15, 2009.
60. Weiss, K.J., Watson, C., Markov, D., del Busto, E., Foubister, N., Doghramji, K: Parasomnias, violence and the law. *J Psychiatry Law*, 39:249-286, 2011.
61. Martin, E., Weiss, K.J.: Are 'moral' and 'legal' wrong always coextensive? *J Am Acad Psychiatry Law*, 38:286-88, 2010.
62. Weiss, K.J.: Hoarding, hermitage and the law: why we love the Collyer brothers. *J Am Acad Psychiatry Law*, 38:251-57, 2010.
63. Weiss, K.J., Del Busto, E.: Sleep-driving and pathological intoxication: Saved by the FDA? *Am J Forensic Psychiatry* 31:5-15, 2010.
64. Angelini R, Weiss, K.J.: Certifying disability exceptions in immigration cases. *Am J Forensic Psychiatry*, 31:5-15, 2010.
65. Weiss, K.J.: Images in Psychiatry: Albert Deutsch, 1905-1961. *Am J Psychiatry*, 168:252, 2011.
66. Torry, Z.D., Weiss, K.J.: Dismissal of Charges Against an Incompetent Defendant. *J Am Acad Psychiatry Law*, 39:258-60, 2011.
67. Weiss, K.J.: Remembering Albert Deutsch, An Advocate for Mental Health. *Psychiatric Quarterly*, published online April 3, 2011, DOI 10.1007/s11126-011-9175-1.
68. Weiss, K.J.: Classics in psychiatry and law: Francis Wharton on involuntary confessions. *J Am Acad Psychiatry Law*, 40:67-80, 2012.
69. Weiss, K.J.: Autism spectrum disorder and criminal justice: square peg in a round hole? *Am J Forensic Psychiatry*, 32:3-19, 2011.
70. Weiss, K.J.: Asylum reform and the great comeuppance of 1894—or was it? *J Nerv Ment Dis*,199: 631-38, 2011.

71. Weiss, KJ., del Busto E: Early American jurisprudence of sleep violence. In M. Pressman (ed.) *Sleep Clinics*, 6:469-82, 2011.
72. Weiss, K.J.: Forensic musings: the metaphysics of "hedonic loss." *Am J Forensic Psychiatry*, 32:5-16, 2011.
73. Weiss, K.J.: Head, examined: Clarence Darrow's X-ray vision of criminal responsibility. *J Psychiatry Law*, 39:627-61, 2011.
74. Choi, O, Weiss, K.J.: Adjudicating dangerous and incompetent defendants: civil or criminal? *J Am Acad Psychiatry Law*, 40:279-281, 2012.
75. Torry, Z.D., Weiss, K.J.: Medication noncompliance and criminal responsibility: Is the insanity defense legitimate? *J Psychiatry Law*, 40:219-242, 2012.
76. Weiss, K.J.: Robert L. Sadoff, M.D.: A festschrift. *J Psychiatry Law* 40:113-115, 2012.
77. Weiss, K.J., Sadoff, R.L.: From the *Journal of Psychiatry & Law* Archives: Bernard L. Diamond on the Psychiatrist as Advocate. *J Psychiatry Law* 40:121-133, 2012.
78. Weiss, K.J.: Bearing False Witness: Psychiatric Testimony in Nazi-Influenced Austria, 1928–1929. *J Psychiatry Law* 40:185-218, 2012.
79. Weiss, K.J.: Psychiatry for the General Practitioner: Isaac Ray's Jefferson Lectures, 1871-1873. *J Nerv Ment Dis*, 200:1047-53, 2012.
80. Weiss, K.J.: Classics in Psychiatry and Law. Isaac Ray, malpractice defendant. *J Am Acad Psychiatry Law*, 41:382-90, 2013.
81. Gurmu, S., Weiss, K.J.: Peer-Review Disclosure: Can Federal Law Trump State Sovereignty? *J Am Acad Psychiatry Law*, 41:300-301, 2013.
82. Weiss, K.J., Alexander, J.C.: Sex, lies, and statistics: inferences from the Child Sexual Abuse Accommodation Syndrome. *J Am Acad Psychiatry Law*, 41:412-20, 2013.
83. Weiss, K.J.: Classics in Psychiatry and Law. John H. Wigmore on the abolition of expert witnesses. J Am Acad Psychiatry Law, 43(1):21-31, 2015.
84. Weiss,K.J., Watson, C., Xuan, Y.: *Frye*'s backstory: a tale of murder, a retracted confession, and scientific hubris. *J Am Acad Psychiatry Law*, 42:226-233, 2014.
85. Weiss, K.J., Xuan, Y.: You can't do that! Hugo Münsterberg's misapplied psychology. *Int J Law Psychiatry*, http://dx.doi.org/10.1016/j.ijlp.2015.08.001.
86. Xuan, Y., Weiss, K.J.: Diminished capacity: mitigating or aggravating factor in sentencing? *J Am Acad Psychiatry Law*, 42:242-243, 2014.
87. Weiss, K.J.: Images in Psychiatry. Alice Bennett, MD, PhD: A woman of firsts. *Am J Psychiatry*, 172(7):616.
88. Khan, A., Weiss, K.J.: Is attention deficit hyperactivity disorder covered under the Americans with Disabilities Act? *J Am Acad Psychiatry Law* 43(2):240-242, 2015.
89. Weiss, K.J., Khan, A.: Hoarding, housing, and DSM-5. *J Am Acad Psychiatry Law*, 43:492-498, 2015.
90. Weiss K.J., Dube, A.: Rational treatment of jail inmates: It happened in Monterey. *Psychiatric Services*, 67(1):4-6, 2016. doi: 10.1176/appi.ps.201500432
91. Weiss, K.J.: Commentary: At a loss for words: Nosological impotence in the search for justice. *J Am Acad Psychiatry Law,* 44:36-40, 2016.
92. Weiss K.J., Ali, F.: The state cannot force medications on committed patients no longer considered dangerous. *J Am Acad Psychiatry Law*, 44(2):259-61, 2016.
93. Chandra, S., Galanter, C.A., Weiss, K.J., Engel, L.: Problematic sexual behavior in a patient of 48, XXYY syndrome: a case report. *J Child Dev Disord* 2:2, 2016.
94. Weiss, K.J., Gutman, A.R.: Testifying about trauma: a call for science and civility. *J Am Acad Psychiatry Law,* 45:2-6, 2017.
95. Weiss, KJ., Van Dell, L.: Liability for diagnosing malingering. *J Am Acad Psychiatry Law,* 45:339-47, 2017.
96. Weiss, K.J.: The deluge and the doctress: a psychiatrist responds to the 1889 Johnstown flood. *Western Pennsylvania History Magazine*, 100(3):32-45, 2017.
97. Virdi, S., Weiss, K.J.: Involuntary administration of medication in mental health facilities. *J Am Acad Psychiatry Law,* 45(2):265-67, 2017.
98. Weiss, K.J.: Linus Pauling (1901–1994): From chemical bonds to civilization. *Am J Psychiatry*, 174(6):518-19, 2017.
99. Weiss, K.J., Garfield R.: India travelog: the elephant in the courtroom. *J Am Acad Psychiatry Law,* 45(2):218-220, 2017.
100. Joy, M., Weiss, K.J.: Consent for intimacy among persons with neurocognitive impairment. *J Am*

*Acad Psychiatry Law,* 46(3):286-294, 2018. DOI:10.29158/JAAPL.003763-18

101. Gupta, N., Weiss, K.J.: Lack of written consent for the administration of antipsychotics in psychiatric treatment facilities. *J Am Acad Psychiatry Law,* 46(2):252-254, 2018.
102. Weiss, K.J., Fromm, L., Glazer, J.: Assignment of culpability to animals as a form of abuse: historical and cultural perspectives. *Beh Sci Law*, 36:661-674, 2018. DOI: 10.1002/bsl.2372.
103. Weiss, K.J., Gupta. N.: America's first *M'Naghten* defense and the origin of the black rage syndrome. *J Am Acad Psychiatry Law,* 46(4):503–512, 2018. DOI: 10.29158/JAAPL.003795-18.
104. Weiss, K.J., Joy, M., Li, C: Illustrated history of the insanity defense. Chapter 1: "My Life to Save the World." *J Am Acad Psychiatry Law,* 46(4):564–571, 2018. DOI:10.29158/JAAPL.003806-18
105. Weiss, K.J., Friedman S.H., Shand J.P.: Insanity: a legal and cinematic diagnosis. *J Nerv Men* Dis 207:749-54, 2019. DOI: 10.1097/NMD.0000000000000979.
106. Weiss, K.J., Joy, M., Beatty, D.: Illustrated history of the insanity defense. Chapter 2: "All Tests of Insanity Are Wrong." *J Am Acad Psychiatry Law,* 47(1)132-139, 2019; DOI: https://doi.org/10.29158/JAAPL.003810-19.
107. Vega, M., Weiss, K.J.: Excessive force was not used in arrest of mentally ill man who died shortly after restraint. *J Am Acad Psychiatry Law*, 47(2):252-54. DOI:10.29158/JAAPL.003859-19.
108. Weiss, K.J., Joy, M., Li, C: Illustrated history of the insanity defense. Chapter 3: "Another Insanity Defense:The Crown Objects." *J Am Acad Psychiatry Law* 47(3):398-406, 2019. DOI: https://doi.org/10.29158/JAAPL.003891-19.
109. Weiss, K.J.: Arsenic, familicide, and female physiology in Nineteenth-Century America. *J Am Acad Psychiatry Law* 43(3):384-392, 2020. DOI:10.29158/JAAPL.003927-20.
110. Bayner, J.S., Weiss KJ: Fetal alcohol spectrum disorder (FASD) and the death penalty. *J Am Acad Psychiatry Law* 48(2):277–279, 2020. DOI:10.29158/JAAPL.200019-20.
111. Weiss, K.J., Gutman, A.R., Berrettini, W.H.: Invoking behavioral genetics in criminal mitigation: what can experts reasonably say? *SM Journal of Forensic Research and Criminology* 4:7, 2020. doi: https://dx.doi.org/10.36876/smjrc945423. https://www.jsmcentral.org/sm-forensic/smjfrc854179.pdf.
112. Weiss, K.J.: Varenicline and involuntary intoxication: forensic implications. *SM Journal of Forensic Research and Criminology* 4:5, 2020. DOI:https://dx.doi.org/10.36876/smjrc945423. https://www.jsmcentral.org/sm-forensic/smjfrc945423.pdf.
113. Weiss, K.J., Joy, M.: Sex in geriatric care facilities: sexual violence or self-determination? *JSM Sexual Medicine* 4(1):1024, 2020. https://www.jscimedcentral.com/SexualMedicine/sexualmedicine-4-1024.pdf.
114. Weiss, K.J., Gutman, A.R.: Balancing vulnerability and resilience in damage prognostication. *J Am Acad Psychiatry Law*, 49:2–8, 2021. DOI:10.29158/JAAPL.200108-20.
115. Wang, Y., Weiss, K.J.: Behavioral variant frontotemporal dementia (bvFTD) and criminal justice. *J Ment Illness Abn Beh*, 1(1):1-11, 2020. DOI:10.33513/MIAB/2001-01
116. Weiss.K.J., Dube, A.R.: What Ever Happened to Nostalgia (the Diagnosis)? *J Nerv Ment Dis*, 2021;209: 622–627, DOI: 10.1097/NMD.0000000000001349.
117. Wang, Y., Weiss, K,J.: Limitations of right against self-incrimination in statements made to psychiatrists. *J Am Acad Psychiatry Law*, June 2021, 49 (2) 267-269; DOI: https://doi.org/10.29158/JAAPL.210042L1-21.
118. Weiss, K.J., Joy, M., Agosta, H.: Illustrated history of the insanity defense. Chapter 4: "M'Naghten Rules, But Not Without a Fight." *J Am Acad Psychiatry Law*, June 2021, 49 (2) 285-293, DOI: https://doi.org/10.29158/JAAPL.210045-21.
119. Wang, Y., Lanzillotta, C., Weiss, K.J.: Involuntary administration of long-acting injectable antipsychotics for competency restoration. *J Am Acad Psychiatry Law*, 50(2):283-293, 2022. DOI:10.29158/JAAPL.210077-21.
120. Weiss, K.J.: The subject of objectivity, subjectively considered. *J Am Acad Psychiatry Law*, 49(3):422–427, 2021. DOI: https://doi.org/10.29158/JAAPL.210085-21.
121. Shah, P., Weiss, K.J.: Substance use disorders and child maltreatment. *J Am Acad Psychiatry Law*, 50(2):299-301, 2022.
122. Sagot, A.J., Weiss, K.J.: Limitations on immunity for reporters of medical child abuse. *J Am Acad Psychiatry Law*, in press.
123. Weiss, K.J., Joy, M., Agosta, H.: Illustrated history of the insanity defense. Chapter 5: And So It Goes…" *J Am Acad Psychiatry Law*, 50(2):325-332, 2022.

**Books, Book Chapters**

1. Dubin, W.R., Weiss, K.J.: *Handbook of Psychiatric Emergencies*, Springhouse Publishers, 1991.
2. Weiss, K.J.: Phencyclidine intoxication and abuse. In S. Akhtar, ed., *New Psychiatric Syndromes*. New York, Jason Aronson, pp 159-175, 1983.
3. Dubin, W.R., Weiss, K.J.: Emergency Psychiatry. In J.O. Cavenar, ed., *Psychiatry*, Vol. 2 Chapter 95. Philadelphia, Lippincott, 1985.
4. Weiss, K.J.: The interrelationships between anxiety and alcoholism and drug addiction. In *Handbook of Anxiety, Vol. 2*, R. Noyes, M. Roth, G.D. Burrows, eds., pp. 365-397. Amsterdam, Elsevier Science Publishers, 1988.
5. Weiss, K.J.: Optimal management of anxiety in older patients. In *Pharmacotherapy of Anxiety Disorders*, K.J. Palmer, Ed., pp.101-113, Auckland, Adis Books, 2000.
6. Weiss, K.J.: Psychiatric aspects of clinical practice. In *Medical and Surgical Therapeutics of the Foot and Ankle*, D.E. Marcinko, ed. Baltimore, Williams and Wilkins, 1992, pp 93-100.
7. Weiss, K.J., Dubin, W.R.: Psychiatric hospital liability for suicide. In Simon, R. (ed.): *Annual Review of Clinical Psychiatry and the Law, Volume 3*, pp. 115-128. Washington D.C., American Psychiatric Press, 1992.
8. Weiss, K.J., Udell. E.: Psychiatric considerations in foot infections. *Infections of the Foot: Diagnosis and Management*, D. Marcinko, ed., Baltimore, Mosby, 1998.
9. Weiss, K.J.: Forensic psychiatric practice. In E.K. Silberman, ed., *Successful Psychiatric Practice: Current Dilemmas, Choices, and Solutions*, Chapter 14, pp. 187-201. American Psychiatric Press, 1995.
10. Atkins, E., Weiss, K.J.: Competency to waive *Miranda* rights. *Handbook of Forensic Assessment*, E.Y. Drogin, F.M. Dattilio, R.L. Sadoff, and T.G. Gutheil, eds. Hoboken, John Wiley & Sons, 2011, Chapter 2, pp. 25-48.
11. Weiss, K.J., Wettstein, R.M., Sadoff, R.L., Silva, J.A., Norko, M.A: History and function of the psychiatric report. In A. Buchanan and M. Norko (eds.), *The Psychiatric Report*. Cambridge University Press, 2011, pp. 11-21.
12. Weiss, K.J., Watson C. (eds): *Psychiatric Expert Testimony: Emerging Applications*. Oxford University Press, 2015. Contributions include: Weiss, K.J. and Watson, C.: Introduction, pp xi-xxii; Curcio-Alexander, J., Goldstein, J.B., and Weiss, K.J.: Child Sexual Abuse Investigations: What Every Expert Witness Needs to Know, pp 30-45; Weiss, K.J. and Westphal, A.R.N.: Autism Spectrum Disorder and Criminal Justice, pp 67-83; Watson, C., Pressman, M.R., and Weiss, K.J.: Sleep Disorders and Criminal Responsibility, pp 102-121; and Gurmu, S. and Weiss, K.J.: Designer Drugs and Criminal Responsibility, pp 155-171.
13. Weiss,K.J.: American Forensic Psychiatry Begins: Setting Standards. In Sadoff, RL (ed), *Forensic Psychiatry: Past, Present and Future Directions*. Oxford University Press, pp 3-19, 2015.
14. Kukor, T.J., Davis, D., Weiss, K.J.: Practice and ethics in forensic animal maltreatment evaluations. In Levitt, L., Grisso, T., Patronek, G.: *Animal Maltreatment: Forensic Mental Health Issues and Evaluations*, Chapter 12, pp 332-359. Oxford University Press, 2016.
15. Weiss, K.J., Watson, C.: Personal injury. In L Gold and R Frierson (eds), *Textbook of Forensic Psychiatry, Third Edition*, Chapter 14. APPI, 2017, pp 211-223.
16. Weiss KJ., Watson, C., Pressman, M.R.: Forensic sleep medicine. In *Management of Sleep Disorders in Psychiatry,* Amit Chopra, Piyush Das, and Karl Doghramji (Eds.), Chapter 29. New York: Oxford University Press, 2020, pp 497-510.
17. Weiss, K.J.: History of malpractice. In Ash, P., Frierson, R.L., and Friedman, S.H. (eds.): *Malpractice and Liability in Psychiatry*. Cham, Switzerland: Springer, 2022. Chapter 2, pp. 11–16

**Miscellaneous**

1. Weiss, K.J.: Choline for tardive dyskinesia (letter to ed.) *New England Journal of Medicine* 297:1235, 1977.
2. Weiss, K.J.: Psychostimulant use in schizophrenics (letter to the editor). *Journal of Clinical Psychiatry* 47:48, 1986.
3. Shagass, C., Bridger, W., Josiassen, R., Weiss, K.J., Stoff, D., and Simpson, G.: *Biological Psychiatry*, 1985 (co-editor). New York, Elsevier Science Publishers, 1986.

4. Weiss, K.J.: Biological basis of postpsychotic depression in schizophrenia (abstract). *International Journal of Neuroscience* 31:514-515, 1987.
5. Weiss, K.J.: Panic disorder in the college student. *Journal of the American College Health Association*, September 1986.
6. Weiss, K.J.: Book Review, *A Crime of Self-Defense* by George Fletcher. *Bulletin of the American Academy of Psychiatry and the Law* 17:215, 1989.
7. Weiss. K.J.: Reasonable medical certainty (letter). *Newsletter of the American Academy of Psychiatry and the Law* 14:111-112, 1989.
8. Weiss, K.J.: Book Review: *Criminal Defendants with Mental Retardation*. *Bulletin of the American Academy of Psychiatry and the Law*, 1992.
9. Weiss, K.J.: Book Review: *Life Sentences*. *Bulletin of the American Academy of Psychiatry and the Law*, 21: 373-4, 1993.
10. Weiss, K.J.: Developmentally disabled and the law. *AAPL Newsletter* 22:6-8, 1997.
11. Weiss, K., Stahl, S., Fawcett, J., Borian, F., Ieni, J.R., Hong, W., Jody D.N.: An open-label study of nefazodone HCl in elderly depressed patients (abstract). Poster presentation at annual meetings of Psychiatric Services, APA, NCDEU and CINP, 1997-1998.
12. Weiss, K.J.: Book review: Assessing Competence to Consent to Treatment: A Guide for Physicians and Other Health Professionals, by Thomas Grisso and Paul S. Appelbaum. *Journal of Psychiatry and Law*, 28, Summer 2000: 281-284.
13. Thase, M.E., Nierenberg, A.A., Keller, M.B. and the Relapse Prevention Study Group (including Weiss, K.J.): Mirtazapine in relapse prevention: a double-blind, placebo-controlled study in depressed outpatients. Presented at the APA and NCDEU Annual Meetings, 2000.
14. Weiss, K.J.: Book review: Criminal Competency on Trial, by Mark C. Bardwell and Bruce A. Arrigo. *Journal of Psychiatry and Law*, 32:225-228, 2004.
15. Weiss, K.J.: APA founder turns 200. *Pennsylvania Psychiatrist*, p. 8, January 2007.
16. Weiss, K.J.: What Miss Dix saw in Pennsylvania: jails as asylums. *Pennsylvania Psychiatrist*, Oct. 2008: 4, 7.
17. Weiss, K.J.: The neurologist and the peyote button. Philadelphia Psychiatric Society *Transactions*, Fall 2008: 11-12.
18. Weiss, K.J.: Book review: *The Insanity Offense* by E. Fuller Torrey. *Psychiatric Times* 26:11, 2009.
19. Weiss, K.J.: Book review: *Crime, Punishment, and Mental Illness* by P.E. Erickson and S.K. Erickson. *J Psychiatry Law*, 36:669-71, 2008.
20. Weiss, K.J.: Book review: *The Harvard Psychedelic Club* by Don Lattin. *J Psychiatry Law*, 38:345-355, 2010.
21. Weiss, K.J.: The APA in Philadelphia—Where it All Began. Philadelphia Psychiatric Society *transactions*, Spring 2012: 3-4.
22. Weiss K.J., Gurmu, S.: Movie review, "The Intouchables." *J Am Acad Psychiatry Law*, 41:148-152, 2013.
23. Weiss, K.J., Watson, C: Wrong place, wrong time: "The Central Park Five" (movie and book). *J Am Acad Psychiatry Law*, 41:470-73, 2013.
24. Weiss, K.J.: Book review: *Destiny of the Republic*. *J Am Acad Psychiatry Law*, 41:313-14, 2013.
25. Gutman, A.R., Weiss, K.J.: Book review: *A Primer on Criminal Law and Neuroscience*, *J Am Acad Psychiatry Law*, 42:270-271, 2014.
26. Weiss, K.J.: College of Physicians of Philadelphia Fellows' Newsletter blog:
    a. May 2014: Neurologist gets high on peyote, goes to work.
    b. June 2014: Mental illness through the ophthalmoscope: back in vogue?
    c. September 2014: The Third Degree
27. Curcio-Alexander, J., Weiss, K.J.: Book review: *The Witch-Hunt Narrative*. *J Am Acad Psychiatry Law*, 43(1):123-24, 2015.
28. Margery Bertoglia, S., Weiss, K.J, Dube, A.R.: "The Act of Killing." *J Am Acad Psychiatry Law*, 43(2):259-261, 2015.
29. Weiss, K.J.: Book review: *Forensic Reports & Testimony: A Guide to Effective Communication for Psychologists & Psychiatrists*. *J Am Acad Psychiatry Law*, 43(3): 401, 2015.
30. Silberman, E.K., Weiss, K.J.: Treatment resistant depression or misdiagnosed anxiety disorders? (letter to editor). *J Nerv Ment Dis*, 204(1):67, 2016.
31. Weiss, K.J.: Mental Illness Is Not a Crime, But Are We Making Progress? Pennsylvania Psychiatric Society Newsletter, January 2016. https://www.papsych.org/Pages/Oct-2016-eNews-Goldwater-

Rule.aspx.

32. Weiss, K.J.: Before the "Goldwater Rule"…There Was Freud. *Pennsylvania Psychiatrist*, October 2016.
33. Resnick, K., Weiss, K.J.: Book review: *American Heiress: The Wild Saga of the Kidnapping, Crimes and Trial of Patty Hearst*. *J Am Acad Psychiatry Law*, 45:125-26, 2017.
34. Joy MT, Weiss, K.J.: Media review: "The Night Of." *J Am Acad Psychiatry Law*, 45:126-28, 2017.
35. Weiss, K.J., Limoges, R.F.: Advice from Benjamin Rush: When Someone Calls You a Quack, Fight back! Philadelphia Psychiatric Society *transactions*, Spring 2017, pp 11 and 14.
36. Weiss, KJ: Robert L. Sadoff, MD (1936–2017). In Memoriam. *AAPL Newsletter*, 42(3):11, 2017.
37. Weiss, K.J.: A trip through the history of psychiatry (blog). *Psychiatric Times*, Nov. 7, 2017. http://www.psychiatrictimes.com/history-psychiatry/trip-through-history-psychiatry
38. Weiss, K.J.: Book review: *Munchausen By Proxy and Other Factitious Abuse: Practical and Forensic Investigative Techniques*. *J Am Acad Psychiatry Law*, 45:512-13, 2017.
39. Robles-Ramamurthy, B, Fowler, A., and Weiss, K.J.: Book review: *Between the World and Me*. *J Am Acad Psychiatry Law*, 46(2):271-273, 2018.
40. Weiss, K.J: Book review: *Psychiatry and the Law*. *J Am Acad Psychiatry Law*, 46(3):403-404, 2018. DOI:10.29158/JAAPL.003777-18.
41. Weiss, K.J. and GAP Committee on Arts & Humanities: Psychiatry's ancient origins. *Psychiatric Times*, 35(11):23, November 2018.
42. Weiss, K.J.: Movie review: *Far from the Tree*. *J Am Acad Psychiatry Law*, 47(3):391-93, 2019. DOI:10.29158/JAAPL.003874-19.
43. Weiss K.J. and GAP Committee on Arts & Humanities: First Psychiatrist Accepts Nobel Prize in Medicine: December 1927. *Psychiatric Times*, December 2019, https://www.psychiatrictimes.com/history-psychiatry/first-psychiatrist-accepts-nobel-prize-medicine-december-1927.
44. Weiss, KJ and GAP Committee on Arts & Humanities: Assassins in London and Washington Force Changes in the Insanity Defense: March 1843 and 1981. *Psychiatric Times*, March 2020, p 24.
45. Weiss, K.J.: Stigma, shame, and transcendence in Japanese cinema. Review of *Sweet Bean* and *37 Seconds*. *J Amer Acad Psychiatry Law*, 48(3):421-424, 2020.
46. Weiss, K.J.: Nostalgia: illness or cure? Philadelphia Psychiatric Society *Transactions*, Fall 2020, p 9.
47. Weiss, KJ, Joy, M: Woke with a kiss (review of Disneyland's Snow White ride). *J Amer Acad Psychiatry Law*, 49(4):651-654, 2021.
48. Magoon, C., Sasso, D., Weiss, K., et al: Top 7 Screen Portrayals of Mental Health Issues in 2021 (Review of *Love on the Spectrum*). *Psychiatric Times*, Dec. 26, 2021. Available at https://www.psychiatrictimes.com/view/top-7-screen-portrayals-of-mental-health-issues-in-2021.
49. Joy, M.T., Weiss, K.J.: I'm a Slave 4 U: #FreeBritney, Human Rights, and Capacity Assessments (Review of *Framing Britney Spears*). *J Amer Acad Psychiatry Law*, 50(2):319-322, 2022.
50. Weiss, K.J.: Book review: *Neurodiversity*. *J Amer Acad Psychiatry Law*, in press
51. Joy M., Weiss, K.J. Abstract: Touch in Psychedelic Medicine: Ethics of Consent. Presented at The Science of Consciousness, Tucson, AZ, April 22, 2022.

***Lectures and Presentations*****:** Scientific presentations given at the annual meetings of The American Academy of Psychiatry and the Law. Several hundred educational presentations on: Anxiety and Depression, Geropsychiatry, Psychopharmacology, Schizophrenia, Forensic Psychiatry, Intellectual Disability.

Presentations given at major educational centers, including: University of Pennsylvania, Drexel University, University of Pittsburgh, University of Arizona, University of Delaware, Medical College of Pennsylvania, Temple University, Thomas Jefferson University, Villanova Law School, American College Health Assoc., Rutgers University, W. Virginia University, M.S. Hershey Medical School, Northeastern Ohio Universities, University of West Virginia, University of Tennessee, University of South Alabama, Medical College of Wisconsin, Texas College of Osteopathic Medicine, N.J. School of Osteopathic Medicine, New York University Medical School, University of Alabama, Michigan State University, Ohio State University, American Osteopathic Association, American Geriatrics Society, Tufts-New England Medical Center, Delaware Psychiatric Society, Pennsylvania Psychiatric Society

***Research*****:** Conducted clinical trials of psychotropic drugs at Delaware Valley Research Associates, including anxiety disorders, insomnia, schizophrenia, and depression, from 1992 to 2005. Details on request.