IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-00234 |
| v. | (Chief Judge Brann) |
| ABDULRAHMAN EL BAHNASAWY, | |
| Defendant. | |

### ORDER

DECEMBER 19, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that El Bahnasawy's motion to plead *nolo contendere* to Counts One and Two of the Indictment (Doc. 38) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge