UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 4:21-CR-234 |
| v. | : | (Chief Judge Brann) |
| ABDULRAHMAN EL BAHNASAWY | : | Filed Under Seal |

**MOTION TO FIND DEFENDANT COMPETENT**

COMES NOW, the United States through Acting United States Attorney John C. Gurganus and Assistant U.S. Attorney Geoffrey W. MacArthur who hereby move to terminate any hearing pursuant to 18 U.S.C. § 4241(a) and § 4247(d) to determine the competency of the defendant and for this Court to enter an order finding defendant Abdulrahman El-Bahnasawy competent based on the evaluation and report of Dr. Ronald Schouten docketed on December 10, 2024. Doc. 79. In support thereof, the United States avers:

1. Defendant Abdulrahman El-Bahnasawy was indicted by a grand jury sitting in the Middle District of Pennsylvania on August 12, 2021. He is charged with multiple counts of Assault including Assault a Federal Officer (Counts 1 and 2), Assault with Intent to

Commit Murder (Counts 3 and 4), and Assault with a Dangerous Weapon (Counts 5 and 6). He was also charged with Possession of a Prohibited Object (Counts 7 and 8) and Providing Material Support to a Designated Foreign Terrorist Organization (Count 9). Doc. 1.

2. On September 27, 2023, the United States moved for a competency evaluation of Bahnasawy. Doc. 67. This motion was granted by the Court. Doc. 68.

3. The United States retained a forensic psychiatrist, Dr. Ronald Schouten, M.D., in order to obtain Dr. Schouten's opinion on what, if any, mental condition El-Bahnasawy was suffering from at the time of the alleged conduct and to offer an opinion to the Court regarding Bahnasawy's competency to stand trial.

4. Dr. Schouten evaluated Bahnasawy at ADX Florence at which Andrew J. Frisch, Esq. counsel for Bahnasawy was present. Thereafter, Dr. Schouten prepared a report in which he offered his expert opinion that Bahnasawy understood the nature of the proceedings against him, was able to assist in his defense, and was competent to stand trial.

5. Title 18, United States Code, Sections 4241 and 4247(d) allow for a hearing for the Court to determine competency at which a defendant has certain rights including the right to present witnesses, cross-examine the government's witnesses, and have the opportunity to testify.

6. Section 4241 states that the court should hold a competency hearing "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."

7. Here, the government submits that after the evaluation by Dr. Schouten there is no cause to believe that Bahnasawy is presently incompetent to stand trial and that therefore no hearing is necessary. *See*, *United States v. Gillette,* 738 F.3d 63 (3rd Cir. 2013), cert denied, 134 S.Ct. 2714, 572 U.S. 1157.

8. Bahnasawy has made a knowing and voluntary waiver of his right to a competency hearing and the rights associated with such a hearing. See attached Exhibit A.

9. Andrew J. Frisch, Esq., counsel for Abdulrahman El-Bahnasawy was consulted and concurs in the government's motion.

10. No brief is submitted because the grounds for the motion have been fully set forth herein and because the motion is concurred-in by the defense.

WHEREFORE the United States requests this Court enter an order finding that Bahnasawy is competent to stand trial.

Respectfully submitted,

JOHN C. GURGANUS
Acting United States Attorney

By: /s/ Geoffrey W. MacArthur
Assistant United States Attorney
Herman T. Schneebeli Federal Building
Office of the United States Attorney
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Telephone: (570) 326-1935
FAX: (570) 326-7916
Electronic Mail:
geoffrey.macarthur@usdoj.gov

Dated: July 9, 2025

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 4:21-CR-00234 |
| v. | : | |
| | : | |
| ABDULRAHMAN EL BAHNASAWY, | : | (Chief Judge Brann) |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers. That on this Wednesday, July 9, 2025, he served a true and correct copy of the foregoing

**MOTION TO FIND DEFENDANT COMPETENT**

via ECF to:

Addressee: Andrew J. Frisch, Esquire
afrisch@andrewfrisch.com

Dated: July 9, 2025

s/Geoffrey W. MacArthur
GEOFFREY W. MacARTHUR
Assistant United States Attorney