UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 4:21-CR-234 |
| v. | : | (Chief Judge Brann) |
| ABDULRAHMAN EL BAHNASAWY | : | |

**ORDER**

**AND NOW**, this 18th day of July 2025, upon consideration of the Motion to find Defendant competent, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. This Court finds:

a. This Court has reviewed the report of Dr. Ronald Schouten docketed at Doc. 79 in its entirety including Dr. Schouten's conclusion that defendant Abdulrahman El Bahnsawy is competent to stand trial.

b. Defendant Bahnasawy has made a knowing and voluntary waiver of his right to a competency hearing pursuant to 18 U.S.C. § 4247 and does not object to the determination by this Court of his competency based on

the report of Dr. Schouten.

c. Based on the report of Dr. Schouten, the concurrence of the Government and Bahnasawy, this Court finds that Bahnasawy is COMPETENT to stand trial in the above-captioned matter. A competency hearing is not necessary because there is no reasonable cause to believe that Bahnasawy is incompetent.

BY THE COURT:

*s/ Matthew W. Brann*

Matthew W. Brann
Chief United States District Judge