# Expert report by Lorenzo Vidino in United States v. Bahnasawy

My name is Lorenzo Vidino and I am currently the director of the Program on Extremism at George Washington University. I have a law degree from the University of Milan Law School and a doctorate in international relations with a focus on the Middle East from Tufts University's Fletcher School of Law and Diplomacy. I have previously held positions at Harvard University's Belfer Center for Science and International Affairs at the Kennedy School of Government, the U.S. Institute of Peace, the RAND Corporation, and the Center for Security Studies (ETH Zurich).

I have been researching issues related to terrorism and extremism for almost 25 years. I am the author of five books and have published more than a hundred reports, journal articles, and book chapters on various aspects of the subject.

I have testified before the U.S. Congress five times and before the parliaments of Italy, Canada, Denmark and the Netherlands. I regularly advise policymakers and law enforcement officials around the world and have taught at universities in the U.S. and Europe. I also regularly provide commentary to diverse media outlets (including The New York Times, The Washington Post, The Wall Street Journal, PBS, CNN, Fox News, MSNBC, BBC, Al Jazeera, and Al Arabiya) and am a columnist for La Repubblica, one of Italy's two largest newspapers. In 2016, I was appointed by Italian Prime Minister Matteo Renzi as Coordinator of the National Commission on Jihadist Radicalization.

I have testified as expert witness in federal court fifteen times on matters related to Islamist extremism and have been retained an additional dozen times. I was always qualified as an expert witness.

For this specific case I have reviewed documents provided to me by the U.S. Department of Justice.

## Documents Provided by DOJ

1. Video footage of attack at USP Allenwood (2020)
2. Locker note found in Abdulrahman El Bahnasawy's cell in USP Allenwood (2020)
3. Evidence photos from attack at USP Allenwood (2020)
4. BOP staff reports from attack at USP Allenwood (2020)
5. Incident report, memoranda, and photographs from incident at Metropolitan Correctional Cener (2016)
6. Government's sentencing submission in *United States v. Bahnasawy*, No. 16-cr-376 (redacted)
7. Sentencing hearing transcript in *United States v. Bahnasawy*, No. 16-cr-376 (redacted)
8. Presentence investigation report in *United States v. Bahnasawy*, No. 16-cr-376
9. Plea hearing transcript in *United States v. Bahnasawy*, No. 16-cr-376 (redacted)
10. Incident report, discipline hearing report, and evidence photo spread from incident at USP Big Sandy (2020)
11. Incident report from incident at USP Lewisburg (2021)
12. Incident report and inmate kites from ADX Florence (2022)
13. BOP emails, incident report, photo sheet, note, letter, and translation from ADX Florence (2024)

## Topics for Expert Testimony

### ISIS's aliases and designation as a foreign terrorist organization

The group commonly referred to as ISIS went through a variety of name changes throughout its history. The origins of the group can be traced back to a small group operating in Afghanistan in the late 1990s, Jama'at al-Tawhid wal-Jihad. Led by Jordanian militant Abu Musab al Zarqawi, the group relocated to Iraq after the 2001 invasion of Taliban-controlled Afghanistan by the U.S. military.

By late 2003, in the wake of the U.S. invasion of Iraq, the group had begun carrying out attacks against U.S. forces and internal Iraqi targets. In October 2004, the group formally adopted the name of Al Qaeda in Iraq (AQI), becoming the official branch in Iraq of the terrorist organization then led by Usama bin Laden.

In 2006, in the wake of Zarqawi's death and the absorption of other jihadist groups, AQI changed its name to Islamic State in Iraq (ISI). By 2013, AQI expanded its activities into neighboring Syria, becoming a key player in the civil war that was engulfing the country. To reflect that expansion, the group changed its name into "Islamic State of Iraq and Sham" (the traditional Arabic name for the region of and near Syria), abbreviated in English as ISIS. The organization is also known in English as ISIL (the final L standing for Levant, the English translation of Sham) or Daesh, the Arabic acronym of the organization's name.

In June 2014, ISIS declared a worldwide Islamic caliphate with its capital in Raqqa, Syria. To reflect the more global nature of its aspirations, ISIS changed its name to Islamic State, dropping the geographically limiting terms of Iraq and Sham.

The Islamic State—also known as ISIS, ISIL, IS, or Daesh—is designated by the United States as a foreign terrorist organization (FTO). The designation traces back to al Qaeda in Iraq, listed in 2004 and amended in 2014 to add ISIL/ISIS aliases, with subsequent Federal Register notices maintaining and expanding the entry.[1 2] Across those amendments, the State Department enumerates ISIS's aliases–including AQI/ISI legacy names, later ISIS/Daesh variants, and media-arm aliases, totalling 35 aliases for the entity commonly known as ISIS (see footnote for the full list).[3] Notable examples include Islamic State of Iraq and the Levant (ISIL), Islamic State of Iraq and al-Sham (ISIS), Islamic State (IS), ad-Dawla al-Islamiyya fi al-'Iraq wa-al-Sham, and Daesh.[4] In 2019, Amaq News Agency and Al-Hayat Media Center were also recognized as aliases given their propaganda roles.[5]

### Overview of ISIS's goals and ideology

ISIS is a quintessential jihadist organization, meaning that it adopts the tenants of jihadism. Jihadism is a political ideology built on an ultra-fundamentalist and deviant interpretation of Islam that argues that Muslims have a duty to establish a strict Islamic state that enforces a

---

[1] https://www.state.gov/foreign-terrorist-organizations/

[2] https://www.federalregister.gov/documents/2015/09/30/2015-24893/in-the-matter-of-the-amendment-of-the-designation-of-islamic-state-of-iraq-and-the-levant-also-known

[3] https://sanctionssearch.ofac.treas.gov/Details.aspx?id=8759

[4] https://www.bbc.com/news/world-middle-east-27994277

[5] https://public-inspection.federalregister.gov/2019-05564.pdf?1553172327=; https://www.federalregister.gov/documents/2019/03/22/2019-05565/in-the-matter-of-the-review-and-amendment-of-the-designation-of-isis-and-other-aliases-as-a-foreign?

hyper-conservative form of *sharia* (Islamic law) and to kill all those, Muslims and non-Muslims alike, that oppose these goals.

ISIS began as a regional group focusing its activities first on Iraq and subsequently on Syria. But it goals soon became global. ISIS, in fact: (a) carried out attacks, whether directly or indirectly through inspired supporters, against its various enemies worldwide (including in the United States), (b) created more than two dozen local affiliates throughout the world, in places as far flung as Congo, India or Afghanistan, and (c) declared itself a caliphate, the political-religious entity that historically has commanded the loyalty of all Muslims throughout the world.

ISIS, in substance, aims to create an ever-expanding Islamic state ruled by its extremist interpretation of *sharia*. A founding element of its ideology is the use of violence, which the group believes to be a religious obligation to achieve its goals.

**Terrorist attacks committed on behalf of ISIS and targets of interest**

ISIS-linked violence spans two broad modes: (1) networked or externally directed plots that mirror military-style operations and (2) lower-sophistication attacks by inspired lone offenders (e.g., vehicle-rammings, knife assaults, or small-arms shootings). ISIS propaganda explicitly encourages lone-offender attacks against targets such as soldiers, law enforcement, and intelligence community personnel in Western countries.

U.S. cases illustrate the "low-tech" model. In New York City (2017), Sayfullo Saipov conducted a truck ramming that killed eight and injured many more. DOJ filings document his longstanding ISIS allegiance, his request to display an ISIS flag, and ISIS's subsequent praise of him as an "Islamic State soldier."[6]

ISIS and its supporters have repeatedly signalled interest in federal officials and uniformed personnel. In Ardit Ferizi's case (Eastern District of Virginia), the defendant stole personally identifiable information (PII) for 1,300 U.S. military members and government personnel and provided it to ISIS for targeting.[7] In Terrence J. McNeil's case (Northern District of Ohio), the defendant disseminated ISIS "kill lists" and solicited the murder of U.S. service members. These cases, alongside FBI testimony, underscore persistent targeting of military, law-enforcement, and intelligence personnel.

**Supporters' provision of services to ISIS; ISIS's claims of responsibility for attacks**

ISIS supporters worldwide can support the organization in several and often concurrent ways:

- Financial contributions, to include traditional transfers (credit/debit cards, wire transfers), crowdfunding, cryptocurrency/virtual assets, mobile money, charitable giving, informal value transfer services (i.e. hawala services), provision of loaded

---

[6] https://www.justice.gov/usao-sdny/pr/sayfullo-saipov-indicted-terrorism-and-murder-aid-racketeering-charges-connection-lower?
[7] https://www.justice.gov/usao-edva/pr/isil-linked-hacker-sentenced-20-years-prison

prepaid cards, and proceeds from crime (theft, fraud, extortion, drug dealing, etc.).[8] [9] [10] [11] [12]

- Material contributions, to include provision of weapons, arrangement of travel, etc.[13] [14]
- Online propaganda services (for the "virtual caliphate"), to include production, translation, reposting, amplification, narrative reinforcement, or claims of responsibility for an attack via social media platforms (Facebook, Instagram, TikTok, and X), messaging applications (Telegram, WhatsApp, RocketChat, and Element), electronic magazines (*Dabiq, Rumiyah*), and official and unofficial media outlets (Al-Furqan, Al Bayan, Nashir Media Foundation, Al-Hayat, Amaq News Agency).[15] [16] [17] [18] [19] [20] [21]
- Recruiting, to include spotting, assessing, and providing a call to arms for individuals to join ISIS or conduct attacks on behalf of ISIS.[22] [23]
- Operational activity, to include travel abroad to join ISIS or conducting a terrorist attack.[24] [25]

ISIS typically issues claims of responsibility through its own media apparatus, most prominently the Amaq News Agency and the weekly Arabic newsletter *al-Naba*. Amaq is the

[8] https://www.un.org/securitycouncil/ctc/content/cted-trends-tracker-evolving-trends-financing-foreign-terrorist-fighters%E2%80%99-activity-2014-%E2%80%93
[9] https://www.fatf-gafi.org/content/dam/fatf-gafi/reports/Financing-Recruitment-for-Terrorism.pdf
[10] https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/Dollars%20for%20Daesh%20 final% 20report.pdf
[11] https://www.justice.gov/d9/2024-09/u.s._v._khan_complaint_0.pdf
[12] Fact Sheet on ISIS Financing
[13] https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/Dollars%20for%20Daesh%20 final%20report.pdf
[14] https://www.fbi.gov/news/speeches-and-testimony/isil-online-countering-terrorist-radicalization-and-recruitment-on-the-internet-and-social-media-
[15] *Ibid*
[16] https://ctc.westpoint.edu/wp-content/uploads/2025/02/CTC-SENTINEL-022025_cover-article.pdf
[17]https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/Criezis_CreateConnectDeceive_09222022_0.pdf
[18] https://academic.oup.com/jogss/article/6/2/ogaa020/5826288
[19] https://apps.dtic.mil/sti/tr/pdf/AD1018942.pdf
[20] https://www.cnbc.com/2016/01/14/a-news-agency-with-scoops-directly-from-isis-and-a-veneer-of-objectivity.html
[21] https://www.npr.org/sections/thetwo-way/2017/05/24/529685951/what-does-it-mean-when-isis-claims-responsibility-for-an-attack
[22] https://www.fbi.gov/news/speeches-and-testimony/isil-online-countering-terrorist-radicalization-and-recruitment-on-the-internet-and-social-media-
[23] https://academic.oup.com/jogss/article/6/2/ogaa020/5826288
[24] https://www.fbi.gov/news/speeches-and-testimony/isil-online-countering-terrorist-radicalization-and-recruitment-on-the-internet-and-social-media-
[25] https://www.justice.gov/archives/opa/file/873091/dl

outlet that often publishes the initial brief claim bulletins,[26] [27] while *al-Naba* follows with weekly round-ups and longer narratives about operations.[28] In 2019, the U.S. State Department amended ISIS's terrorist designations to include Amaq News Agency and Al-Hayat Media Center, underscoring that these outlets are part of ISIS's structure. The Nashir Media Foundation is considered the official ISIS channel, and its statements are considered to come directly from the group.[29]

Operationally, these announcements are disseminated on encrypted channels—especially Telegram where official posts from Nashir and Amaq are rapidly mirrored by supporter "clearinghouse" channels. This ecosystem enables quick circulation of Amaq's short claims, with more detailed accounts and statistics often appearing later in al-Naba or subsequent official releases. Analyses of ISIS and pro-ISIS networks document Telegram's central role in distributing these materials.[30]

In terms of framing, ISIS claims both centrally directed operations and inspired attacks. Analysts note that Amaq's references to an attacker as a "soldier of the caliphate" typically signal inspired incidents,[31] [32]whereas language invoking a "security detachment" indicates a centrally tasked operation.[33] Amaq also "plays a key role in appropriating lone wolf attacks for ISIS"[34] and claims are sometimes packaged with perpetrator *bay'ah* (pledge) content, in text, images, or video.[35] [36]

**<u>Notable terminology/names/symbols/events</u>**

As part of my preparation for this case, I was provided by the Department of Justice various materials to review. Several of them included references to the following events, names and topics, which will be henceforth explained.

**<u>MCC wall writings (2016):</u>**

**9/11** (September 11, 2001) — The September 11 attacks refer to four coordinated hijackings by 19 al Qaeda operatives who seized U.S. commercial aircraft and crashed two into the World

---

[26] https://www.longwarjournal.org/archives/2016/03/terrorists-attack-subway-airport-in-brussels.php

[27] https://icct.nl/publication/running-amaq-practice-western-media-citing-islamic-state-propaganda?

[28]https://www.europol.europa.eu/cms/sites/default/files/documents/Online_Jihadist_Propaganda_2021_in_review.pdf

[29] https://www.npr.org/sections/thetwo-way/2017/05/24/529685951/what-does-it-mean-when-isis-claims-responsibility-for-an-attack

[30] https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/EncryptedExtremism.pdf

[31] https://dayan.org/content/post-facto-jihad-isis-amaq-news-agency-takes-responsibility-lone-wolf-attacks-europe-and

[32] https://www.longwarjournal.org/archives/2016/11/islamic-state-claims-its-soldier-carried-out-ohio-state-attack.php?

[33] https://ctc.westpoint.edu/the-islamic-states-external-operations-and-the-french-belgian-nexus/

[34] Post Facto Jihad: ISIS' 'Amaq News Agency Takes Responsibility for Lone Wolf Attacks in Europe and North America | Moshe Dayan Center for Middle Eastern and African Studies

[35] https://www.longwarjournal.org/archives/2016/12/berlin-truck-terrorist-pledged-allegiance-to-abu-bakr-al-baghdadi-in-video.php

[36] https://www.news24.com/isis-releases-purported-allegiance-video-of-paris-attacker-20180514

Trade Center in New York City, one into the Pentagon in Arlington, Virginia, and a fourth near Shanksville, Pennsylvania, after passengers resisted. The operation killed 2,977 victims (excluding the hijackers), and thousands more were injured or suffered long-term health effects. Al Qaeda planned and executed the plot; Osama bin Laden later publicly accepted responsibility for the operation.[37] [38]

**Shoe bomber** (December 22, 2001) — The "shoe bomber" incident refers to Richard Reid's attempt to detonate explosives concealed in his shoes aboard American Airlines Flight 63 from Paris to Miami, which diverted to Boston after crew and passengers subdued him. There were no fatalities and no significant passenger injuries reported; Reid himself sustained minor injuries when the device failed to fully ignite. Reid was aligned with al Qaeda and later received multiple life sentences; no separate group claim was issued.[39] [40]

**London bombings** (July 7, 2005) — The 7/7 London bombings refer to four coordinated suicide attacks against the city's transport system during the morning rush hour—three underground trains and one bus. Fifty-two victims were killed and more than 700 people were injured. The perpetrators were a homegrown cell inspired by al Qaeda ideology; U.K. authorities reported no verified external operational control and accepted no formal external claim.[41] [42]

**Underwear bomber** (December 25, 2009) — The "underwear bomber" case refers to Umar Farouk Abdulmutallab's failed attempt to detonate an explosive device aboard Northwest/Delta Flight 253 from Amsterdam to Detroit, where passengers and crew restrained him and the aircraft landed safely. There were no fatalities; several passengers sustained minor injuries, and the perpetrator suffered burns. Abdulmutallab trained with and acted on behalf of al Qaeda in the Arabian Peninsula (AQAP), which subsequently claimed responsibility.[43] [44]

**Boston Marathon bombing** (April 15, 2013) — The Boston Marathon bombing refers to two pressure-cooker improvised explosive devices detonated near the finish line on Boylston Street, killing three victims and injuring more than 260 others. The perpetrators were brothers Tamerlan and Dzhokhar Tsarnaev, motivated by extremist Islamist propaganda; no foreign terrorist organization claimed responsibility. A handwritten note by Dzhokhar invoked jihad and U.S. actions abroad.[45] [46]

---

[37] https://911commission.gov/report/911Report.pdf
[38] https://www.911memorial.org/911-faqs?
[39] https://law.justia.com/cases/federal/appellate-courts/F3/369/619/532291/?
[40] https://www.justice.gov/sites/default/files/ag/legacy/2002/01/16/reidindictment.pdf?
[41] UK Home Office – Official Account of the Bombings in London on 7th July 2005 (report PDF): https://assets.publishing.service.gov.uk/media/5a7c7bc840f0b626628ac62e/1087.pdf
[42] https://www.btp.police.uk/police-forces/british-transport-police/areas/about-us/about-us/our-history/london-bombings-of-2005/?
[43] https://obamawhitehouse.archives.gov/realitycheck/the-press-office/white-house-review-summary-regarding-12252009-attempted-terrorist-attack
[44] https://www.justice.gov/archives/opa/pr/umar-farouk-abdulmutallab-sentenced-life-prison-attempted-bombing-flight-253-christmas-day
[45] https://www.supremecourt.gov/DocketPDF/20/20-443/181691/20210614192307218_U.S.%20v.%20Tsarnaev%20J.A.%20Volume%202.pdf
[46] https://www.justice.gov/archives/opa/pr/judge-imposes-death-sentence-boston-marathon-bomber?

**Paris attacks** (November 13, 2015) — The November 2015 Paris attacks refer to coordinated shootings and suicide bombings at the Stade de France in Saint-Denis, multiple cafés and restaurants, and the Bataclan concert hall. One hundred thirty victims were killed and more than 350 were injured. The operation was conducted by Islamic State (IS/ISIL/ISIS)-linked cells; ISIS claimed responsibility shortly after the attacks. [47] [48]

**San Bernardino shooting** (December 2, 2015) — The San Bernardino attack refers to a mass shooting and attempted bombing at the Inland Regional Center in California carried out by Syed Rizwan Farook and Tashfeen Malik. Fourteen victims were killed and twenty-two others were wounded. Farook and Malik were killed later that day in an exchange of gunfire with law enforcement following a vehicle pursuit in San Bernardino.[49] The perpetrators expressed support for ISIS and pledged allegiance online around the time of the attack; ISIS later characterized them as supporters, though authorities did not establish a command-and-control link.[50] [51]

**Brussels bombings** (March 22, 2016) — The Brussels bombings refer to coordinated suicide attacks at Brussels Airport (Zaventem) and the Maelbeek metro station. Thirty-two victims were killed and more than 300 people were injured. The attacks were executed by an ISIS cell; ISIS claimed responsibility.[52] [53]

**Orlando (Pulse nightclub) shooting** (June 12, 2016) — The Orlando shooting refers to the attack perpetrated by Omar Mateen at the Pulse nightclub, where he opened fire inside the venue. Forty-nine victims were killed, and fifty-three others were injured. After a multi-hour hostage standoff, Orlando Police Department SWAT breached Pulse and Mateen exchanged gunfire with officers and was shot and killed. During the attack, Mateen called 911 and pledged allegiance to ISIS leader Abu Bakr al-Baghdadi; subsequent ISIS messaging described him as a "soldier," though investigators found no operational direction from ISIS.[54] [55] [56]

**Manhattan (Chelsea) bombing** (September 17, 2016) — The Manhattan (Chelsea) bombing refers to the detonation of a pressure-cooker improvised explosive device on West 23rd Street in New York City. There were no fatalities; thirty-one people were injured. Perpetrator Ahmad

---

[47] https://www.reuters.com/article/world/africa/islamic-state-claims-responsibility-for-paris-attacks-idUSL8N1390JK/?

[48] https://www.europol.europa.eu/annual_review/2015/terrorism.html

[49] https://www.caloes.ca.gov/wp-content/uploads/Preparedness/Documents/2015-Waterman-Terrorist-Attack-Approved-508-JK.pdf

[50] https://www.justice.gov/archives/opa/pr/california-man-agrees-plead-guilty-plotting-violent-attacks-and-buying-firearms-shooter-san

[51] https://www.fbi.gov/contact-us/field-offices/losangeles/news/press-releases/california-man-charged-with-conspiring-to-provide-material-support-to-terrorism-and-being-straw-purchaser-of-assault-rifles-ultimately-used-in-san-bernardino-california-attack

[52] https://www.europol.europa.eu/sites/default/files/documents/tesat2017.pdf

[53] https://www.state.gov/reports/country-reports-on-terrorism-2016?

[54] https://www.fbi.gov/news/speeches-and-testimony/update-on-orlando-terrorism-investigation?

[55] https://www.fbi.gov/contact-us/field-offices/tampa/news/press-releases/investigative-update-regarding-pulse-nightclub-shooting

[56] https://www.newsweek.com/isis-radio-calls-orlando-shooter-soldier-caliphate-america-469523?utm

Khan Rahimi was inspired by ISIS and al Qaeda propaganda; no group issued a credible claim. Rahimi was convicted on all counts and sentenced to life in prison.[57] [58]

**Kuffar**

Kuffar is the plural of the Arabic word "kafir," which is the derogatory term used by some Muslims to describe non-Muslims. The term is commonly used by ISIS as an organization and by ISIS supporters with extreme implications, as in jihadist ideology non-Muslims should be killed.

**Allenwood notes**

**Sock note**

The defendant left a note when he carried out the attack that stated: "This is an attack for ISIS." It is very common for ISIS supporters, particularly when operating remotely and without any direct connection to the organization, to leave messages of this kind to make it clear that they acted on behalf of and to further the goal of ISIS. This is a model that ISIS itself has pioneered and regularly explained in its propaganda, arguing that anybody that acts on behalf of ISIS is a member of ISIS, irrespective of formal connections to the group, as long as they declare their allegiance to the group.

**Bay'ah**

Bay'ah means "oath of allegiance" in Arabic and is an act that formalizes the relationship between a follower and a leader. The concept has a long tradition in mainstream Islamic history but it is also utilized by ISIS. ISIS, in fact, asks its members to swear bay'ah to the organization's leader (the caliph), pledging loyalty to him and to the organization. The group has provided a standard wording for it, but several variations are also utilized and accepted. The bay'ah can be done in person but ISIS has also openly accepted oaths of loyalty done remotely and through notes (such as the one found in Mr. Bahnasawy's cell locker), phones and online messages. In substance, ISIS accepts as members individuals that, even without having any physical contact with the organization, pledge allegiance to it and act on its behalf.

**Abu Ibrahim al-Hashimi al-Qurashi**

Abu Ibrahim al-Hashimi al-Qurashi was the successor of Abu Bakr al Baghdadi as caliph of the Islamic state, therefore occupying the position of ISIS' second self-declared caliphate. As such, he received the oath of allegiance (bay'ah) from all ISIS members. Al-Quraishi headed ISIS from 2019 until February 2022, when he died in a U.S. Special Operations raid.

**ISIS flag**

ISIS used as its flag a black banner with two inscriptions in white: a horizontal line saying, in Arabic, "there is no God but Allah" and a white circular disk in the center with a text in Arabic reading "God, messenger, Mohammed." These words constitute the shahada, the Islamic declaration of faith. The flag is widely used by ISIS and its supporters on the ground and in propaganda. The religious references are used by ISIS to mantle itself of religious legitimacy.

---

[57] https://www.justice.gov/usao-sdny/pr/chelsea-bomber-ahmad-khan-rahimi-convicted-manhattan-federal-court-executing-september?

[58] https://www.justice.gov/usao-sdny/pr/chelsea-bomber-ahmad-khan-rahimi-sentenced-life-prison-executing-september-2016-bombing

**ADX (Oct. 2022)**

**Reference to "old military leader" from Chechnya**

In correspondence with another inmate, Mr. Bahnasawy wrote:

*I was saying don't listen to the news about what they say about ISIS their [sic] trying to make us look bad. Our mission is to establish God's law so only he can tell us what to do or whats [sic] right or wrong. We only worship and submit to God not Joe Biden or anything else. And we have lots of white people like our old military leader R.I.P. was white from Chechnya.*

The message shows Mr. Bahnasawy's identification with ISIS, as he uses terms like "our mission," "make us look bad," and so on. Moreover, when he talks about having "lots of white people like our old military leader R.I.P. was white from Chechnya," he is in all likelihood referring to the notorious ISIS military leader Tarkhan Tayumurazovich Batirashvili. A native of the former Soviet republic of Georgia, Batirashvili was of Chechen background and was commonly identified by ISIS as Abu Omar al-Shishani (meaning, Abu Omar the Chechen). Al Shishani joined ISIS in the early days of the Syrian conflict and, thanks to his skills and military prowess, rose to the rank of commander. One of the most important and recognizable leaders of the group, Al Shishani was of white skin and red-haired, hence Mr. Bahnasawy's reference to "white people."

**ADX (July 2024) letter to inmate:**

**Caliphate of Khurasan/Caliphate of Raqqa**

In a letter to a fellow inmate, Mr. Bahnasawy wrote: "You can find videos about the caliphate of Khurasan and or [sic] caliphate of Raqqa. If you do some research about these ideas, and if you understand them and if you think that this is extremism, or fanaticism or anything like that, we can discuss this matter together. We can solve the problem."

Mr. Bahnasawy refers to two ISIS-related concepts: the caliphate of Khurasan and the caliphate of Raqqa. The caliphate of Raqqa refers to the Syrian city of Raqqa, which was the capital of ISIS self-declared caliphate from 2014 to 2019. Khurasan is the traditional Arabic name for the region of Afghanistan and the term is used by the local affiliate of ISIS, ISIS-K, i.e. ISIS Khurasan. ISIS-K is one of ISIS' most successful affiliates and has managed to control parts of Afghanistan and carry out attacks worldwide. In substance, Mr. Bahnasawy is here referring to two instances in which ISIS was successful in controlling territory.