# STATEMENT OF FACTS

A. Counts One Through Eight

If this matter were to proceed to trial, the United States would call witnesses and present evidence to prove the following with respect to Counts One through Eight:

1. Abdulrahman El Bahnasawy was an inmate of the Bureau of Prisons from 2018 until the present time. On December 7, 2020, he was an inmate at the United States Penitentiary, Allenwood in Cell 210 of Unit 4B and had been at USP Allenwood since November 2, 2020.

2. On December 7, 2020, Dale Franquet was a Corrections Officer at USP Allenwood engaged in the normal course of his duties.

3. On December 7, 2020, Sara Harvey was a Corrections Officer at USP Allenwood engaged in the normal course of her duties.

4. At approximately 6:10 am local time on December 7, 2020, Officer Franquet unlocked the cell doors on the upper tier of Unit 4B as part of the ordinary course of operations for the inmates to be allowed to begin their day.

5. If called to testify, Officer Franquet would testify that after unlocking the door to Cell 210 he felt a draft from the large steel door opening. He would identify Abdulrahman El Bahnasawy and testify that Bahnasawy rushed out of his cell, shouted "Allah Akbar," and stabbed Franquet in the neck with an object. He would testify that he pushed Bahnasawy away and that Bahnasawy attacked him again, striking him in the right eye with an object that he had in his hand.

6. If called to testify, Officer Harvey would testify that she was on duty on December 7, 2020, in Unit 4B. She would testify that she heard shouting and saw a commotion near Cell 210 on the upper tier of 4B. Officer Harvey would testify she went up the stairs to respond to the commotion at which time she saw Bahnasawy attacking Officer Franquet with an object that he had in his hand that he was swinging with an overhand motion. Officer Harvey would testify that when she reached the top of the steps, Bahnasawy was only a few feet away from her and other responding officers and that at that time Bahnasawy turned to face her and began swinging his weapon at her.

7. Officer Harvey would further testify that she was holding a can of oleo capsaicin (OC) pepper spray. She would testify that Bahnasawy swung his weapon at her and that his weapon punctured her right ring finger all the way through and also punctured the can of OC spray, which resulted in the contents of the can being released at once. Officer Harvey would testify that when the cloud of OC was released, Bahnasawy ran towards the rear of the upper tier in the direction of Officer Franquet.

8. Officer Franquet would testify that when Bahnasawy attacked Officer Harvey, that he (Franquet) ran to the rear of the tier and down the rear steps, and then towards the officer's control station at the front of the unit.

9. Dr. Sarah Decker would testify that she was present on Unit 4B on December 7, 2020. She would testify that shortly after 6:00 am she heard a commotion on the upper tier and that she went up the stairs to respond. She would testify that she saw Bahnasawy attacking Officer Franquet and that Bahnasawy then turned to face her and other responding officers and thrust a weapon at them. She would testify that in the course of that attack, Officer

Harvey's OC can exploded and that Bahnasawy ran towards the rear of the tier and down the stairs at the rear.

10. Treatment Specialist Shannon Sabornie would testify to the same facts as Dr. Decker and would also testify that she then went back down the stairs and saw Bahnasawy a second time near the officer's control station where he brandished his weapon in a menacing fashion.

11. Officer Harvey would testify that she received stitches for the puncture wound to her finger.

12. Officer Franquet would testify that subsequent to this attack his right eye was removed and was replaced with a prosthetic eye. Medical records would be presented that show that Franquet had a traumatic brain injury and that he continues to take anti-seizure medication.

13. Captain Timothy Milheim would testify that he was working as a corrections officer on December 7, 2020, and that he responded to Unit 4B after an alarm was raised. Milheim would testify that he saw Bahnasawy near the 4B control station facing other officers with a weapon in his hand that he brandished in a menacing fashion. Milheim would testify that he and at least six other officers surrounded Bahnasawy and closed in on him and gained physical control over him and that it was not until officers had done so that Bahnasawy released the weapon in his hand.

14. Captain Milheim would testify that the weapon was recovered and would identify it in court. The weapon was a piece of steel approximately 14.5 inches in length.

15. Captain Milheim would testify that Bahnasawy was placed in a secure cell. Milheim would testify that Bahnasawy was

searched when he was placed in the secure cell. Milheim would testify that a second weapon was located in Bahnasawy's jacket pocket and would identify this weapon as a disposable ballpoint pen, the end of which was flattened and held part of a razor blade.

16. Milheim would further testify that a note was recovered from Bahnasawy's sock that read, "This is a terrorist attack for the Islamic State."

17. All of the officers called would identify Bahnasawy in court and would identify themselves in closed-circuit TV surveillance video that captures the events to which they would testify.

18. Corrections Officer Robert Vanderwall would testify that his job duties include those of an Evidence Control Technician. Officer Vanderwall would testify that he conducted a search of Bahnasawy's cell after the attack. He would testify that he found a note taped to Bahnasawy's locker. The note was partially in English and partially in Arabic, and the English portion read, "This is a terrorist attack for ISIS. I am one of their soldiers." He would testify that he recovered Bahnasawy's mattress and would identify multiple puncture holes in the plastic cover and sheet. He would testify that he observed and photographed a portion of the steel desk in the cell from which a metal weapon was cut that was approximately the same length and shape as the weapon Bahnasawy used to attack Officers Franquet and Harvey.

19. Bahnasawy acted knowingly and intentionally while committing the aforementioned acts and acted with the specific intent to kill Officers Franquet and Harvey.

A. Count Nine

In addition to the previously stated facts, if this matter were to proceed to trial, the United States would call witnesses and present evidence to prove the following with respect to Count Nine:

1. A translation of the non-English portion of the locker note revealed that the note in Bahnasawy's locker stated, in full:

   This is a terrorist attack for ISIS. I am one of their soldiers.

   I pledge allegiance to the Commander of the believers and the caliph of the Muslims, Abu Ibrahim al-Hashimi al-Qurashi, to listen and obey in good and bad, in hardship and ease - and that I will not dispute the matter with the people in authority - unless I witness a clear disbelief with evidence provided to us by Allah (God), and Allah is the witness of my statement.

   [An illustration of the ISIS flag was included at the end of the note.]

2. In February 2021, Bahnasawy carved "ISIS" in two locations in his cell at USP Lewisburg.

3. Dr. Lorenzo Vidino, who has researched issues related to terrorism and extremism for almost twenty-five years and testified about ISIS and similar groups in other cases, would testify that Abu Ibrahim al-Hashimi al-Qurashi was the caliph of the Islamic State and headed ISIS from 2019 until February 2022. As such, he received the oath of allegiance (bay'ah) from all ISIS members.

4. Dr. Vidino would also testify that ISIS carries out attacks, whether directly or indirectly through inspired supporters of ISIS, against its various enemies worldwide (including in the United States). ISIS-linked violence includes (1) networked or externally

directed plots that mirror military-style operations and (2) lower-sophistication attacks by inspired lone offenders (e.g., vehicle rammings, knife assaults, or small-arms shootings).

5. Dr. Vidino would testify ISIS instructs supporters to carry out "lone wolf" terrorist attacks in the United States. Such attacks are a key part of ISIS's global strategy. ISIS relies on supporters based in the United States to carry out such attacks on its behalf. To carry out a lone-wolf attack for ISIS, a supporter need not communicate directly with ISIS members based in the Middle East, since ISIS also instructs and guides individual attackers through its online propaganda. ISIS considers supporters who carry out attacks in its name to be part of ISIS and soldiers of the caliphate.

6. Dr. Vidino would further testify that ISIS propaganda explicitly encourages lone-offender attacks against targets such as soldiers, law enforcement, and intelligence community personnel in Western countries. ISIS and its supporters have repeatedly signaled interest in federal officials and uniformed personnel.

7. Dr. Vidino would testify that ISIS's media and propaganda apparatus includes the Amaq News Agency and Al-Hayat Media Center, which are involved in ISIS's messaging about claims of responsibility for attacks. Such claims are sometimes packaged with perpetrator bay'ah (pledge) content.

8. Dr. Vidino would testify that ISIS claims both centrally directed operations and inspired attacks. Analysts note that Amaq's references to an attacker as a "soldier of the caliphate" typically signal inspired incidents, whereas language invoking a "security detachment" indicates a centrally tasked operation. Amaq also plays a key role in appropriating lone wolf attacks for ISIS and

claims are sometimes packaged with perpetrator bay'ah (pledge) content, in text, images, or video.

9. In writings from prison since 2020, Bahnasawy told others about ISIS and the Al Hayat Media Center, described himself as an ISIS soldier, and stated that he was in contact with ISIS members before his arrest—an apparent reference to his arrest in May 2016, when Bahnasawy was arrested for his role in a plot to bomb Times Square on behalf of ISIS. At a hearing in October 2016, Bahnasawy admitted his role in the conspiracy and his knowledge that ISIS is a foreign terrorist organization.

10. Also in 2016, Bahnasawy wrote ISIS-related messages in his cell, warning that more terrorist attacks were coming, including the statement, "F*** America, kill kuffar [non-Muslims], end corruption."

11. In later writings from 2025, Bahnasawy describes prison staff as "kuffar."

12. On or about October 15, 2004, the U.S. Secretary of State ("Secretary") designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a foreign terrorist organization ("FTO") under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist ("SDGT") under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (i.e., "ISIS"), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al

Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO and SDGT listings: Islamic State, ISIL, and ISIS. On March 22, 2019, the Secretary added the following aliases to the FTO and SDGT listings: Amaq News Agency, Al Hayat Media Center, Al-Hayat Media Center, and Al Hayat. To date, ISIS remains a designated FTO.