**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

- v -

ABDULRAHMAN EL BAHNASAWY,

Defendant.

No. 4:21-CR-00234

(Chief Judge Brann)

[FILED ELECTRONICALLY]

**ERRATA SHEET TO MEMORANDUM**
**IN SUPPORT OF DISMISSAL OF COUNT NINE**

At ECF page 11 of 12, numbered page 11, the sentence beginning at about the middle of the page should read: "The government's evidence against Bahnasawy is more attenuated: according to the government's statement of facts (Exhibit A), he had no exposure to ISIS (or an undercover officer posing as ISIS) between his arrest in New York in May 2016 and his stabbing of the officers in December 2020 and, in fact, was in federal custody during those years and had no access to ISIS propaganda. The word "no" toward the end of the sentence was inadvertently omitted.

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch

November 19, 2025