**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

No. 4:21-CR-00234

- v -

(Chief Judge Brann)

ABDULRAHMAN EL BAHNASAWY,

Defendant.

[FILED ELECTRONICALLY]

**MOTION FOR REMOTE ATTENDANCE AT SENTENCING
BY MR. BAHNASAWY'S PARENTS**

Abdulrahman El Bahnasawy seeks permission for Mr. Bahnasawy's parents to attend his sentencing, scheduled for October 19, 2026, remotely either by watching via remote video or listening via remote audio. The government has no objection. A certificate of concurrence accompanies this motion.

Mr. Bahnasawy's parents live in Canada near Toronto. It would be a financial hardship for them to travel to Williamsport for sentencing especially as they endeavor to devote available resources to subsidize their travel from Canada to Colorado to visit their incarcerated son periodically. As Mr. Bahnasawy himself will not be in Williamsport for sentencing, we respectfully request that his parents be permitted to attend his sentencing remotely either by watching via remote video or listening via remote audio.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch