**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

No. 4:21-CR-00234
(Chief Judge Brann)

- v -

ABDULRAHMAN EL BAHNASAWY,

Defendant.

**CERTIFICATE OF CONCURRENCE**

Upon the undersigned's consultation with the government by Assistant U.S. Attorney Geoffrey MacArthur on Mr. Bahnasawy's motion to permit his parents to attend sentencing remotely, this Certificate is respectfully submitted pursuant to Rule 7.1 of the Court's Local Rules to advise the Court that the government does not object to the requested relief and concurs.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Andrew J. Frisch*
233 Broadway, Suite 1720
New York, New York 10279
212-285-8000
*afrisch@andrewfrisch.com*