October 15, 2026

The Honorable Matthew W. Brann
Chief Judge, United States District Court
Middle District of Pennsylvania
Williamsport, Pennsylvania

Dear Judge Brann:

I would like to begin this letter with a short statement to the officers.

Mr. [Redacted], I cannot imagine the pain you went through that day. I am deeply sorry for what happened and for the suffering.

Ms. [Redacted], I am sorry for the pain and distress you experienced. You were always kind to me, and remembering your kindness makes me very sad about what happened.

If I had been mentally well and able to think clearly, this would never have happened. I have had mental health problems for many years. I have also caused great pain to my family and the people I love. I was struggling with mental illness even in prison. I was in solitary confinement without receiving the right medication and care. The isolation left me feeling more and more distressed.

All I can do now is stay committed to medication and treatment and prevent further harm. When I receive my medication, I am calmer and think clearly. Growing older over these years has also helped me understand myself better. I need medication just as someone with diabetes needs insulin. I did not fully understand that when I was younger, but I do now.

I want to continue receiving medication and psychological support. I have been in prison since I was 18 and was in hospitals during my teens. I never really had the chance to live, enjoy life, or build a future. I have enrolled in university. I am trying to keep learning. I cannot change the past but can live beyond my illness.

*/s/ Abdulrahman El Banhasawy*