Khdiga Metwally
Osama El Bahnasawy

October 13, 2026

Dear Honourable Judge Matthew W. Brann,

We wish you could have known our son under better circumstances - - to know Abdulrahman as a person, beyond his illness and the events that have brought him before this Court. We write as his parents, with respect for the Court.

We offer our deepest sympathy to Mr. [redacted] and Ms. [redacted]. We are profoundly sorry for the injuries, fear, and distress they experienced. When we learned of the incident, we were overwhelmed with shock and grief. For days, we struggled to sleep. We cried for the officers and for our son, and felt deep sorrow for their suffering.

Our son Abdulrahman has a documented history of mental illness, and we have witnessed significant improvement when he received appropriate medication and care. For this reason, we firmly believe that without his severe mental illness and deterioration in prison, this tragedy would not have happened. We wish with all our hearts that it never had.

We are a peaceful family who reject violence and have always sought to raise our children with compassion and respect. Through living alongside Abdulrahman's struggles with mental illness and addiction, we have seen the difference effective treatment makes: he became calmer, more communicative, and better able to connect with those around him. The improvements we witnessed continue to give us hope for his recovery and a better future.

The 2018 evaluations submitted in New York documented his serious psychiatric and cognitive difficulties while recognizing his potential to improve with treatment. Dr. Ali Khadivi found reason to believe that our son could be successfully treated. Dr. Katherine Porterfield recommended continuing psychiatric care, psychological therapy, addiction treatment, education, and family contact. The earlier court recommended placement near mental health services and intensive substance abuse treatment. Following that sentencing decision, however, Abdulrahman experienced repeated periods of solitary confinement and did not receive adequate psychiatric care despite the recommendations.

As Abdulrahman moved between prisons, we repeatedly sought to provide officials with his medical records, explain the seriousness of his illness, and identify medications that had helped him and those that had caused severe side effects. We also sent letters by mail asking that his treatment needs receive attention. When he told us he was not receiving the treatment his condition required, despite the earlier court recommendations, our concerns grew. These efforts began long before the incident on December 7, 2020.

The letter from his attorney, Andrew Frisch, dated February 23, 2021, documents several of our

communications and warnings before the incident:

On August 6, 2019, we sent Abdulrahman's medical reports and drew attention to his psychiatric history, suicidal thoughts, and previous suicide attempts, so that officials would understand the seriousness of his condition and his treatment needs.

On November 26, 2019, we contacted officials at FCI Gilmer and emphasized that medication was essential to his psychiatric stability. We also expressed concern about the effects of prolonged restrictive housing on his mental health.

After his transfer to FCI Allenwood, we sent his medical reports again on November 3, 2020, expressly asking that they be forwarded to the department responsible for mental health care. We explained which medications had previously helped him and which had caused severe side effects, in an effort to help officials provide treatment suited to his condition.

On November 10, 2020, we sent two further emails describing his history of depression and mania. We warned that without appropriate medication, he might not appreciate the consequences of his behavior and could cause harm to himself or others. We offered to speak directly with his psychiatrist and provide any additional information that could assist with his treatment.

In the weeks before December 7, 2020, we also asked the Canadian Embassy to intervene and inform officials at FCI Allenwood of his urgent treatment needs. Unfortunately, we received no response from the prison to these appeals.

These appeals were not a response to the incident. They were repeated efforts made beforehand, intended to secure care for our son before his condition deteriorated. We were trying to communicate a medical history that might not be fully apparent during a brief interview or a period when he seemed calm. Remembering those warnings and knowing what followed is heartbreaking. We respectfully ask the Court to consider these documented communications, their timing, and their content.

COVID restrictions interrupted our visits and made it harder to observe his condition and support him in person. The considerable distance and hardship of travel have also reduced our contact with him, a difficulty we still face. From our conversations with him and our knowledge of his illness, we believe this separation has significantly affected his mental well-being. We have continued writing, seeking care, and supporting him as best we can.

Dr. Kenneth Weiss's report dated July 2022 concluded, within a reasonable degree of medical certainty, that Abdulrahman was experiencing a psychotic episode at the time of the incident and that his actions were driven by mental disease. He also expressed the opinion that Abdulrahman was not receiving adequate treatment then. We respectfully ask that these findings receive careful consideration.

In his own letter, Abdulrahman expresses remorse to both officers and acknowledges his continuing need for medication and psychological support. This means a great deal to us. He now expresses a commitment to treatment and to continuing to work toward psychiatric stability and recovery, together with a determination to lead a life grounded in peace and respect for others. We hope that commitment will be supported by consistent care and regular psychiatric assessment.

He is also in his second year of study at Ohio University. We continue supporting his education because it gives him purpose and hope. Even amid illness and confinement, he is trying to learn and build a better future.

For nearly a decade, we have watched our son's young adulthood pass behind prison walls. The improvements we have witnessed with treatment keep our hope alive. We know our love cannot replace professional care, and we remain committed to supporting his treatment and cooperating with those responsible for it.

Your Honor, we respectfully ask for mercy in determining his sentence and for careful consideration of his documented illness and the medical evidence concerning his condition at the time of the incident. Please take into account his need for proper psychiatric care, appropriate medication, addiction treatment, education, and regular family contact, along with conditions of confinement that meet his medical needs and account for the effects of isolation on his mental health.

Please consider Abdulrahman as a whole person: our son, a man living with serious mental illness, who has shown improvement with treatment and expresses remorse and a commitment to care and education.

Thank you for considering our family's plea.

Respectfully submitted,

/s/

Khdiga Metwally
Mother of Abdulrahman El Bahnasawy

/s/

Osama El Bahnasawy
Father of Abdulrahman El Bahnasawy