# CUTI FRISCH PLLC

October 19, 2026

The Honorable Matthew W. Brann
Chief United States District Judge
240 West Third Street
Williamsport, Pennsylvania 17701

*Re: United States v. Bahnasawy, Criminal Docket No. 21-234 (MWB)*

Dear Chief Judge Brann:

I write in advance of today's scheduled sentencing to give the Court a heads-up that I will ask that the following language (or its substantive equivalent) be included in the judgment:

> *The Court strongly recommends that the Bureau of Prisons provide or continue to provide available and appropriate treatment and medications for Mr. Bahnasawy's mental health issues as discussed in the Presentence Report and records of the Bureau of Prisons.*

I appreciate the Court's consideration.

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch